1
2
3
4
5
6

O

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 17 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>Lavorchek, Jeremy Dwayne<br><br>          Defendant. | Case No.: SA ~~CR~~ 13-547M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __W. D. Okla__, for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __backgrd, cmty ties unknown due to failure to interview; bail resources unknown; nature of allegations,__

1  which evidence substance abuse problem and lack
2  of amenability to supervision; recent conduct in
3  and/or  not absconding from supervision

4  B.  (X) The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7  finding is based on  Criminal history record, incl
8  any probation violation history; commission of
9  new offense while under supervision
10
11
12

13  IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: 12/17/13
17  ROBERT N. BLOCK
   UNITED STATES MAGISTRATE JUDGE